IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
    RONALD A. URBANO :
:
:
            Debtor : Bankruptcy No. 21-10565 ELF

<u>STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)</u>.

    AND NOW, this 29th of July, 2021, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Paul S. Peters, III, Esquire, as follows:

    1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 6, 2021.

    2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until October 5, 2021 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____    _____
Robert H. Holber, Esquire    Paul S. Peters, III, Esquire
Chapter 7 Trustee             Counsel for Debtor

<u>ORDER</u>

    AND NOW, IT IS HEREBY ORDERED that the above Stipulation be approved

Date: 8/5/21

                                   _____
                                   Eric L. Frank
                                   United States Bankruptcy Judge