IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    RONALD A. URBANO    :
                             : CHAPTER 7
                             :
                             :
         Debtor              : Bankruptcy No. 21-10565

PRAECIPE TO WITHDRAW CHAPTER 7 TRUSTEE'S MOTION TO DISMISS DEBTOR'S BANKRUPTCY CASE

TO THE CLERK OF COURTS:

Please withdraw Chapter 7 Trustee's Motion to Dismiss Debtor's Bankruptcy Case previously filed on June 24, 2021, regarding the above captioned debtor.

                                                 _____
                                                 ROBERT H. HOLBER, ESQUIRE
                                                 Chapter 7 Trustee