IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Ronald A. Urbano              :         Bky. No.: 21-10565
                                      :
        Debtor                        :         Chapter 7

### PRAECIPE FOR ENTRY OF APPEARANCE

To the Clerk of Court:

Kindly enter my appearance on behalf of the Debtor, Ronald A. Urbano in the above captioned matter.

RESPECTFULLY SUBMITTED ON _____11/6/2024_____

**LAW OFFICES OF EUGENE A. CAMPOSANO**

By: _____
Eugene A. Camposano, Esquire
1250 Germantown Pike
Suite 205
Plymouth Meeting, PA 19462
(610) 306-0626 Phone
(610) 279-9390 Fax

Signed: _____
Ronald A. Urbano