**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Ronald A. Urbano                                             : Case No. 21-10565-PMM

        Debtor                                                          : Chapter 7

---

### CERTIFICATION OF NO OBJECTION TO THE MOTION TO REOPEN CASE AND REQUEST FOR ORDER

I, Eugene A. Camposano hereby certify that a true and correct copy of the Motion to Reopen Case along with the Notice of Hearing date has been served on all parties as indicated in the Certificate of Service filed with the Motion, and that no objection or other responsive pleadings have been filed.

I further certify that Sergio I. Scuteri, Esquire, attorney with Capehart Scatchard, counsel for Swift Financial LLC as Servicing Agent for Webbank, sent me an email stating that there is no opposition to the Motion and that I can certify no objection with the Court.

**LAW OFFICES OF EUGENE A. CAMPOSANO**

Dated: __11/29/2024_____        By:___/s/Eugene A. Camposano_____
                                                                     Eugene A. Camposano, Esquire
                                                                     1250 Germantown Pike
                                                                     Suite 205
                                                                     Plymouth Meeting, PA  19462
                                                                     (610) 306-0626 Phone
                                                                     (610) 279-9390 Fax