IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Ronald A. Urbano : Case No. 21-10565

Debtor : Chapter 7

_____

**ORDER GRANTING MOTION TO REOPEN BANKRUPTCY**

AND NOW, upon consideration of Debtor's Motion to Reopen Case, and no objection having been filed thereto and for good cause shown,

It is hereby **ORDERED** that Debtor's Motion is **GRANTED**.

It is further **ORDERED** that the case shall be reopened for the entry of an order on the Debtor's Motion to Avoid Lien after which the case may be re-closed.

BY THE COURT:

_/s/ Patricia M. Mayer_

Date: **December 11, 2024**

Hon. Patricia M. Mayer
United States Bankruptcy Judge