IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Ronald A. Urbano : Case No. 21-10565-PMM

Debtor : Chapter 7

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF SWIFT FINANCIAL LLC AS SERVICING AGENT FOR WEBBANK

AND NOW, upon consideration of Debtor's Motion to Avoid the Judicial Lien of Swift Financial LLC as Servicing Agent for Webbank, and opportunity for hearing thereon; it is hereby:

ORDERED that Debtor's Motion to Avoid the Judicial Lien held by Swift Financial LLC as Servicing Agent for Webbank on Debtor's real property located at 912 Whites Road, Plymouth Meeting, Pennsylvania 19462, and at 3010 Azalea Terrace, Plymouth Meeting, Pennsylvania 19462, and docketed in the Court of Common Pleas, Montgomery County, Pennsylvania, Case number 2020-20379, is hereby GRANTED, and the judicial lien is hereby VOIDED.

**Date: December 11, 2024**

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer, Bankruptcy Judge