United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10565-pmm |
| Ronald A. Urbano | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

**Recip ID        Recipient Name and Address**
db           +  Ronald A. Urbano, 912 White Road, Plymouth Meeting, PA 19462-2552

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

**Name**                       **Email Address**
CHARLES N. SHURR, JR.
                  on behalf of Creditor VIST Bank  successor to Madison Bank cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com

EUGENE A. CAMPOSANO
                  on behalf of Debtor Ronald A. Urbano camposanolaw@comcast.net

PAUL S. PETERS, III
                  on behalf of Debtor Ronald A. Urbano ppeters@thepetersfirm.com  ppeters@pmrbm.com

REBECCA ANN SOLARZ
                  on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT H. HOLBER
                  trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Ronald A. Urbano : Case No. 21-10565-PMM

Debtor : Chapter 7

_____

## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF
## SWIFT FINANCIAL LLC AS SERVICING AGENT FOR WEBBANK

AND NOW, upon consideration of Debtor's Motion to Avoid the Judicial Lien of Swift Financial LLC as Servicing Agent for Webbank, and opportunity for hearing thereon; it is hereby:

ORDERED that Debtor's Motion to Avoid the Judicial Lien held by Swift Financial LLC as Servicing Agent for Webbank on Debtor's real property located at 912 Whites Road, Plymouth Meeting, Pennsylvania 19462, and at 3010 Azalea Terrace, Plymouth Meeting, Pennsylvania 19462, and docketed in the Court of Common Pleas, Montgomery County, Pennsylvania, Case number 2020-20379, is hereby GRANTED, and the judicial lien is hereby VOIDED.

**Date: December 11, 2024**

BY THE COURT:

*Patricia M. Mayer*

_____
Patricia M. Mayer, Bankruptcy Judge